UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WARDEN JAMES A. YATES, et al., <br><br> Defendants. | 1:10-cv-01977-LJO-GSA-PC <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JUNE 25, 2014 <br> (Doc. 20.) |

  Willie Paul Vigil, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 21, 2010.  (Doc. 1.)  On November 15, 2010, Plaintiff filed the First Amended Complaint.  (Doc. 9.)  On June 17, 2011, with leave of court, Plaintiff filed the Second Amended Complaint. (Doc. 18.)

  On June 25, 2014, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the court's order of May 14, 2014, which required him to either file a Third Amended Complaint or notify the court that he is willing to proceed on the claims found cognizable by the court.  (Doc. 19.)  On August 1, 2014, Plaintiff filed objections to the findings and recommendations and notified the court that he wishes to proceed with the Second Amended Complaint on the claims found cognizable by the court, against defendants

Valencia and Diez for use of excessive force, and against defendant Valencia for retaliation. (Doc. 21.)

In light of Plaintiff's objections and notification, and good cause appearing, the court shall vacate the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations of June 25, 2014 are VACATED.

IT IS SO ORDERED.

Dated: **August 4, 2014**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE