# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-1977-LJO-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR SCREENING<br><br>(ECF NOs. 30, 31, 33) |

　　On July 20, 2015, August 14, 2015, and August 28, 2015, Plaintiff filed motions requesting the Court to screen the third amended complaint. Plaintiff's third amended complaint is lengthy and includes multiple causes of action. Plaintiff is advised that the Court presently has a large number of cases awaiting screening. This case is among those. Case management at this Court proceeds by the order cases are received. Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time. Plaintiff's case will be screened in due course and appropriate orders will issue.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to screen the third amended complaint are denied.

IT IS SO ORDERED.

Dated: **January 11, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE